

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2018

No. 04-17-00009-CV

**IN THE ESTATE OF BARBARA R. DEAN, DECEASED**,

From the County Court, Jim Wells County, Texas
Trial Court No. 7344
Honorable Homero Garza, Judge Presiding

# O R D E R

Appellee has requested an extension of time to file a response to appellant's motion to release the supersedeas bond. The motion is GRANTED. Appellee's response is due on April 12, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court